JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTURY SURETY COMPANY,<br><br>    Plaintiff,<br><br>    v.<br><br>POPELINO'S TRANSPORTATION, INC. a corporation, JOSE POPELINO, an individual, JOSE BARRAGAN, an individual, POPELINO'S GREEN WASTE RECYCLING, a business entity of unknown form, ROSARIO RIOS, an individual, JUSTICE CUTS D/B/A RECYCLING AND RECOVERY, a corporation, RICHARD BOYD, an individual, ELISA BOYD, an individual, and D&R WOODS ENTERPRISE CORP., a corporation,<br><br>    Defendants. | Case No.: 5:21-cv-01987-RGK (RAOx)<br><br>District Judge R. Gary Klausner<br>Magistrate Judge Rozella A. Oliver<br><br>[PROPOSED] JUDGMENT |

This action came before the Court pursuant to Plaintiff Century Surety Company's ("Century's") motion for summary judgment. The Court, exercising its discretion, construed the Motion as a motion for summary judgment against D&R Woods Enterprise Corporation (D&R Woods") and as a motion for default judgment against the defendants in default, Popelino's Transportation, Inc., ("PTI") Jose Barragan, Popelino's Green Waste Recycling, ("PGWR") Rosario Rios, Justice Cuts

dba Recycling and Recovery, Richard Boyd, and Elisa Boyd.

Based upon the papers and evidence submitted by the parties IT IS HEREBY ORDERED THAT:

(1) Judgment is entered in favor of Century on all causes of action and prayers for relief in its First Amended Complaint. The Court finds that Century is entitled to rescind the policy it issued to Jose Barragan and PTI because of the concealment of material information in the application for the policy. Jose Barragan and PTI did not disclose the existence of PGWR, or its recycling operations, in the application for the policy that was intended to cover PTI's trucking operations. As the Court enters judgment in Century's favor on its cause of action for rescission, the policy is rendered void *ab initio,* and Century owes no duty to defend or indemnify PTI, Jose Barragan or PGWR in the underlying *Rios and D&R Woods* actions pursuant to the Century insurance policy issued to PTI. Because neither D&R Woods nor any other defendant has offered evidence to create a genuine dispute of fact, the Court grants summary judgment against D&R Woods.

(2) Plaintiff Century is to refund all premiums paid for the Century policy.

(3) The Court also finds that default judgment against defendants Popelino's Transportation, Inc., Jose Barragan, Popelino's Green Waste Recycling, Rosario Rios, Justice Cuts dba Recycling and Recovery, Richard Boyd, and Elisa Boyd is warranted. Once default was entered by the clerk, all factual allegations in the complaint except those relating to the amount of damages are taken as true. *Televideo Sys., Inc. v. Heidenthal*, 826 F.2d 915, 917-18 (9th Cir. 1987). The Court finds that the allegations in the complaint are sufficient, and there is no genuine dispute of material facts. Also, there is no evidence of excusable neglect in defendants' failure to respond to the complaint. The procedural requirements of Fed. R. Civ. P. 55(b)(2) are satisfied, and the factors set forth in *Eitel v. McCool*, 782 F.2d 1470, 1471-72 (9th Cir. 1986) weigh in favor of granting default judgment. The Court therefore enters default judgments against defendants Popelino's Transportation, Inc., Jose Barragan, Popelino's Green

[PROPOSED JUDGMENT]

980194.1

Waste Recycling, Rosario Rios, Justice Cuts dba Recycling and Recovery, Richard Boyd, and Elisa Boyd.

(4) The Court further finds that, because there is no duty to defend PTI, Jose Barragan or PGWR for the *Rios* and/or *D&R Woods* actions, Century is entitled to recoup the costs it has incurred in defending those actions pursuant to *Buss v. Superior Court*, 16 Cal. 4th 35, 50 (1997). Defendants PTI and/or Jose Barragan are ordered to reimburse Century Surety Company in the amount of $50,774.59, for defense costs and attorney's fees Century incurred, pursuant to *Buss v. Superior Ct.* (1997) 16 Cal. 4th 35.

IT IS SO ORDERED, ADJUDGED AND DECREED.

All remaining dates, if any are vacated. The Clerk shall close this action.

DATED: 01/11/2023      By: /s/ Gary Klausner
Hon. R. Gary Klausner
United States District Judge